**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-70212-JAD |
| Wesley M. Ruffner and | : | |
| Milisa B. Ruffner, | : | Chapter 13 |
| Debtors | : | |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED DECEMBER 15, 2016**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 19th day of December, 2016, a true and exact copy of the Notice of the Proposed Modification to Confirmed Plan dated December 15, 2016, the Amended Chapter 13 Plan dated December 15, 2016, along with a copy of the Order dated December 16, 2016, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: December 19, 2016

Respectfully submitted,
__/s/ Kenneth P. Seitz, Esquire_
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 16-70212-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Thu Dec 15 10:21:32 EST 2016 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 | Aaron Sales & Lease Ow<br>1015 Cobb Place Blvd Nw<br>Kennesaw, GA 30144-3672 |
| American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 5008<br>Carol Stream, IL 60197-5008 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Credit Control<br>2410 Broad Ave<br>Altoona, PA 16601-1940 |
| Diversified Consultant<br>10550 Deerwood Park Blvd<br>Jacksonville, FL 32256-0596 | Intercoastal Financial, LLC<br>7954 Transit Rd. #144<br>Williamsville, NY 14221-4117 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| John F. Mackin, D.M.D.<br>220 N. Front Street, Suite 1<br>P.O. Box 129<br>Philipsburg, PA 16866-0129 | Lakeview Loan Servicing, LLC<br>c/o M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 |
| Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | Penelec<br>P.O. Box 3687<br>Akron, OH 44309-3687 |
| Penelec, A FirstEnergy Company<br>FirstEnergy<br>331 Newman Springs Rd Building 3<br>Red Bank, NJ 07701-5688 | Penn Credit Corporatio<br>916 S 14th St<br>Harrisburg, PA 17104-3425 | Penn Highlands Clearfield<br>809 Turnpike Avenue<br>P.O. Box 992<br>Clearfield, PA 16830-0992 |
| Pennsylvania Collection Service<br>P.O. Box 893<br>Washington, PA 15301-0893 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Southwest Credit Syste<br>4120 International Pkwy<br>Carrollton, TX 75007-1958 | Timberland Fed Cr Un<br>821 Beaver Dr<br>Du Bois, PA 15801-2511 | Verizon<br>500 Technology Dr Ste 30<br>Weldon Spring, MO 63304-2225 |
| Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Milisa B Ruffner<br>431 Pardee Road<br>Philipsburg, PA 16866-7960 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Wesley M Ruffner<br>431 Pardee Road<br>Philipsburg, PA 16866-7960 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303

(d)Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

M & T Bank
1 Fountain Plz
Buffalo, NY 14203

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lakeview Loan Servicing, LLC.

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28