# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Bankruptcy No. 16-70212-JAD |
| Wesley M. Ruffner and | : |
| Milisa B. Ruffner, | : Chapter 13 |
| Debtors | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 22nd day of November, 2017, a true and correct copy of the Order dated November 20, 2017, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

CEN-CLEAR
50 BIGLER ROAD
P.O. BOX 319
BIGLER, PA 16825

WESLEY M. RUFFNER
MILISA B. RUFFNER
431 PARDEE ROAD
PHILIPSBURG, PA 16866

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: November 22, 2017

Respectfully submitted,
   /s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors