# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-70212-JAD |
| Wesley M. Ruffner and | : | |
| Milisa B. Ruffner, | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. 51 |
| Milisa B. Ruffner, | : | |
| Movant | : | Filed Under Local Bankruptcy |
| | : | Rule 9013.4 Para. 6(c) |
| vs. | : | |
| | : | |
| American Homepatient, Inc. | : | |
| 5200 Maryland Way, Suite 400 | : | |
| Brentwood, TN 37027 | : | |
| Respondent | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |
| | : | |
| Social Security No. xxx-xx-2638 | : | |

### ORDER TERMINATING PAYROLL DEDUCTION

Upon representation of the above-named Husband-Debtor, having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS THEREFORE, ORDERED that the wage attachment currently in place American Homepatient, Inc., 5200 Maryland Way, Suite 400, Brentwood, TN 37027 is terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Husband-Debtor for the administration of this attachment Order except as may be allowed to upon application to and Order of this Court.

DATED this 20th day of November, 2017.

Jeffery A. Deller     sjk
Chief United States Bankruptcy Judge

FILED
11/21/17 8:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-70212-JAD
Wesley M Ruffner                                                          Chapter 13
Milisa B Ruffner
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: dkam          Page 1 of 1          Date Rcvd: Nov 21, 2017
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2017.
db/jdb          +Wesley M Ruffner,    Milisa B Ruffner,    431 Pardee Road,    Philipsburg, PA 16866-7960

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2017 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC. agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        James  Warmbrodt     on behalf of Creditor    Lakeview Loan Servicing, LLC. bkgroup@kmllawgroup.com
        Kenneth P. Seitz     on behalf of Joint Debtor Milisa B Ruffner thedebterasers@aol.com
        Kenneth P. Seitz     on behalf of Debtor Wesley M Ruffner thedebterasers@aol.com
        Kenneth P. Seitz     on behalf of Plaintiff Milisa B Ruffner thedebterasers@aol.com
        Kenneth P. Seitz     on behalf of Plaintiff Wesley M Ruffner thedebterasers@aol.com
        Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC. bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                        TOTAL: 9