## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | **:** | **Case No. 16-70212-JAD** |
| **Wesley M. Ruffner and** | **:** | |
| **Milisa B. Ruffner,** | **:** | **Chapter 13** |
| **Debtors** | **:** | |
| | **:** | |

## CERTIFICATE OF SERVICE OF AMENDED
## CHAPTER 13 PLAN DATED NOVEMBER 28, 2017

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am

over the age of eighteen years old under penalty of perjury that I served or caused to be served,

on the 30th day of November, 2017, a true and exact copy of the Notice of the Proposed

Modification to Confirmed Plan dated November 28, 2017, the Amended Chapter 13 Plan dated

November 28, 2017, along with a copy of the Order dated November 29, 2017, on all of the

creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: <u>November 30, 2017</u>

Respectfully submitted,
__/s/ Kenneth P. Seitz, Esquire_
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors

_____
*Parties served by the court electronically were not served by regular mail.

Label Matrix for local noticing
0315-7
Case 16-70212-JAD
WESTERN DISTRICT OF PENNSYLVANIA
Johnstown
Thu Dec 15 10:21:32 EST 2016

American InfoSource LP as agent for
DIRECTV, LLC
PO Box 5008
Carol Stream, IL  60197-5008

Diversified Consultant
10550 Deerwood Park Blvd
Jacksonville, FL 32256-0596

John F. Mackin, D.M.D.
220 N. Front Street, Suite 1
P.O. Box 129
Philipsburg, PA 16866-0129

Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108-2709

Penelec, A FirstEnergy Company
FirstEnergy
331 Newman Springs Rd Building 3
Red Bank, NJ 07701-5688

Pennsylvania Collection Service
P.O. Box 893
Washington, PA 15301-0893

Southwest Credit Syste
4120 International Pkwy
Carrollton, TX 75007-1958

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658-0211

Wesley M Ruffner
431 Pardee Road
Philipsburg, PA 16866-7960

7
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219-2703

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK  73124-8838

Intercoastal Financial, LLC
7954 Transit Rd. #144
Williamsville, NY 14221-4117

Lakeview Loan Servicing, LLC
c/o M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Penn Credit Corporatio
916 S 14th St
Harrisburg, PA 17104-3425

Portfolio Recovery Ass
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4952

Timberland Fed Cr Un
821 Beaver Dr
Du Bois, PA 15801-2511

Milisa B Ruffner
431 Pardee Road
Philipsburg, PA 16866-7960

Aaron Sales & Lease Ow
1015 Cobb Place Blvd NW
Kennesaw, GA 30144-3672

Credit Control
2410 Broad Ave
Altoona, PA 16601-1940

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
1100 WHERLE DRIVE
WILLIAMSVILLE NY 14221-7748

Penelec
P.O. Box 3687
Akron, OH 44309-3687

Penn Highlands Clearfield
809 Turnpike Avenue
P.O. Box 992
Clearfield, PA 16830-0992

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Verizon
500 Technology Dr Ste 30
Weldon Spring, MO 63304-2225

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Jefferson Capital Syst
16 Mcleland Rd
Saint Cloud, MN 56303

(d)Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

M & T Bank
1 Fountain Plz
Buffalo, NY 14203


Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Lakeview Loan Servicing, LLC.

End of Label Matrix
Mailable recipients     27
Bypassed recipients      1
Total                   28