# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Bankruptcy No. 16-70212-JAD
Wesley M. Ruffner and :
Milisa B. Ruffner, : Chapter 13
        Debtors :
:
:

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 11th day of May, 2018, a true and correct copy of the Order dated May 10, 2018, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    APPALACHIAN WOOD
    171 APPALACHIAN DRIVE
    CLEARFIELD, PA 16830

    WESLEY M. RUFFNER
    MILISA B. RUFFNER
    431 PARDEE ROAD
    PHILIPSBURG, PA 16866

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: May 11, 2018

Respectfully submitted,
   /s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors