IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-70212-JAD |
| Wesley M. Ruffner and | : | |
| Milisa B. Ruffner, | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. 69 |
| Wesley M. Ruffner, | : | |
| Movant | : | Filed Under Local Bankruptcy |
| | : | Rule 9013.4 Para. 6(c) |
| vs. | : | |
| | : | |
| Custom Castings Northeast, Inc. | : | |
| P.O. Box 409 | : | |
| Bigler, PA 16825 | : | |
| Respondent | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |
| | : | |
| Social Security No. xxx-xx-6138 | : | |

**ORDER TERMINATING PAYROLL DEDUCTION**

Upon representation of the above-named Husband-Debtor, having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS THEREFORE, ORDERED that the wage attachment currently in Custom Castings Northeast, Inc., P.O. Box 409, Bigler, PA 16825 is terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Husband-Debtor for the administration of this attachment Order except as may be allowed to upon application to and Order of this Court.

DATED this __10th__ day of ____May____, 2018.

Jeffery A. Deller   sjk
Chief United States Bankruptcy Judge

FILED
5/10/18 10:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 16-70212-JAD
Wesley M Ruffner                                                       Chapter 13
Milisa B Ruffner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: dkam              Page 1 of 1              Date Rcvd: May 10, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2018.
db/jdb         +Wesley M Ruffner,    Milisa B Ruffner,    431 Pardee Road,    Philipsburg, PA 16866-7960

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC.
               andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC. bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Milisa B Ruffner thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Wesley M Ruffner thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Plaintiff Milisa B Ruffner thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Plaintiff Wesley M Ruffner thedebterasers@aol.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC.
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 9