**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/09/2020

IN RE:

WESLEY M RUFFNER
MILISA B RUFFNER
431 PARDEE ROAD
PHILIPSBURG, PA 16866
XXX-XX-6138            Debtor(s)

XXX-XX-2638

Case No. 16-70212 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com  

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/9/2020

/s/Trustee'sAdministrativAssistant  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com  

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LAKEVIEW LN SVCNG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 0.00<br>COMMENT: PMT/NTC-PL*DK4PMT-LMT*BGN 4/16 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4779 |
| **TIMBERLAND FCU***<br>821 BEAVER DR<br>DUBOIS, PA 15801 | Trustee Claim Number: 3  INT %: 6.00%<br>Court Claim Number:<br>CLAIM: 5,500.00<br>COMMENT: $PL-OE@6%MDF/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0002 |
| **CREDIT CONTROL COLLECTIONS**<br>POB 72*<br>ALTOONA, PA 16603 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ALLEGHENY ANESTHESIA/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6488 |
| **AMERICAN INFOSOURCE LP - AGENT DIRECTV**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 227.27<br>COMMENT: X5254/SCH*DIRECT TV | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9851 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 465.32<br>COMMENT: X6003/SCH*FINGERHUT*REF3248713566*CHG OFF 7/3/2015 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2603 |
| **JOHN F MACKIN**<br>220 N FROTN ST STE 1<br>POB 129<br>PHILIPSBURG, PA 16866 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4962 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CITIBANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6597 |
| **PENELEC/FIRST ENERGY****<br>101 CRAWFORDS CORNER RD BLDG #1 STE 1-5<br>PO BOX 367<br>HOLMDEL, NJ 07733 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 1,952.16<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1999 |
| **PENN CREDIT CORP++**<br>POB 988*<br>HARRISBURG, PA 17108 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CLEARFIELD HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1414 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PENN CREDIT CORP++**<br>POB 988*<br>HARRISBURG, PA 17108 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2915 | CLAIM: 0.00<br>COMMENT: CLEARFIELD HSPTL/SCH |
| **PENN CREDIT CORP++**<br>POB 988*<br>HARRISBURG, PA 17108 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2715 | CLAIM: 0.00<br>COMMENT: CLEARFIELD HSPTL/SCH |
| **PA COLLECTION SERVICE++**<br>PO BOX 110<br>ALTOONA, PA 16603-0110 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1318 | CLAIM: 0.00<br>COMMENT: PENN HIGHLANDS CLEARFIELD/SCH |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 9 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4336 | CLAIM: 657.27<br>COMMENT: GECRB*CARE CREDIT*CHG OFF 5/12/2013 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 8 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2700 | CLAIM: 400.00<br>COMMENT: COMENITY BANK*PEEBLES |
| **SOUTHWEST CREDIT SYSTEMS***<br>4120 INTERNATIONAL PARKWAY<br>STE 1100<br>CARROLLTON, TX 75007 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0426 | CLAIM: 0.00<br>COMMENT: COMCAST/SCH |
| **TIMBERLAND FCU***<br>821 BEAVER DR<br>DUBOIS, PA 15801 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0004 | CLAIM: 0.00<br>COMMENT: |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1379 | CLAIM: 165.09<br>COMMENT: CHG OFF 1/20/2016*NO LST PMT DT |
| **PENN HIGHLANDS CLEARFIELD**<br>809 TURNPIKE AVE<br>PO BOX 992<br>CLEARFIELD, PA 16830 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: |
| **LAKEVIEW LOAN SERVICING LLC**<br>C/O M & T BANK<br>ATTN TRUSTEE PAYMENT CTR<br>PO BOX 1288<br>BUFFALO, NY 14240-1288 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 2 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4779 | CLAIM: 2,360.89<br>COMMENT: 2361/PL*THRU 3/16 |

| CLAIM RECORDS | | |
|---|---|---|
| **INTERCOASTAL FINANCIAL LLC** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 7954 TRANSIT RD #144 | Court Claim Number:3 | ACCOUNT NO.: |
| | CLAIM:  266.00 | |
| WILLIAMSVILLE, NY  14221 | COMMENT:  NT/SCH*PORANIA~PAYDAY ONE OF DE*STALE | |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:4 | ACCOUNT NO.:  1377 |
| | CLAIM:  120.93 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT:  ACCT NT /SCH*INSUFF POD | |