# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    : Bankruptcy No. 16-70212-JAD
**Wesley M. Ruffner and**                           :
**Milisa B. Ruffner,**                              : Chapter 13
       **Debtors**         :
                                                    :
                                                    :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 12th day of January, 2021, a true and correct copy of the Order dated January 11, 2021, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    FORCEY LUMBER COMPANY, INC.
    423 APPALACHIAN DRIVE
    CLEARFIELD, PA 16830

    WESLEY M. RUFFNER
    MILISA B. RUFFNER
    431 PARDEE ROAD
    PHILIPSBURG, PA 16866

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>January 12, 2021</u>

    Respectfully submitted,
    /s/ Jessica L. Tighe
    Jessica L. Tighe; Legal Asst.
    Law Offices of Kenny P. Seitz
    P. O. Box 211
    Ligonier, PA  15658
    (814) 536-7470