**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**DEFAULT O/E JAD**

IN RE:
    WESLEY M RUFFNER
    MILISA B RUFFNER
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:16-70212 JAD

Chapter 13

Document No.: 107

FILED
8/12/21 12:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

    AND NOW, this ___12th___ day of ___August___, 20_21_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

jsf

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70212-JAD |
| Wesley M Ruffner | Chapter 13 |
| Milisa B Ruffner | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: dkam | Page 1 of 2 |
| Date Rcvd: Aug 12, 2021 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wesley M Ruffner, Milisa B Ruffner, 431 Pardee Road, Philipsburg, PA 16866-7960 |
| 14202151 | + | Aaron Sales & Lease Ow, 1015 Cobb Place Blvd Nw, Kennesaw, GA 30144-3672 |
| 14202152 | + | Credit Control, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 14221319 | + | Intercoastal Financial, LLC, 7954 Transit Rd. #144, Williamsville, NY 14221-4117 |
| 14202155 | + | John F. Mackin, D.M.D., 220 N. Front Street, Suite 1, P.O. Box 129, Philipsburg, PA 16866-0129 |
| 14202158 | + | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14205535 | + | Penelec, A FirstEnergy Company, FirstEnergy, 331 Newman Springs Rd Building 3, Red Bank, NJ 07701-5688 |
| 14202160 | + | Penn Highlands Clearfield, 809 Turnpike Avenue, P.O. Box 992, Clearfield, PA 16830-0992 |
| 14202161 | + | Pennsylvania Collection Service, P.O. Box 893, Washington, PA 15301-0893 |
| 14202164 | + | Timberland Fed Cr Un, 821 Beaver Dr, Du Bois, PA 15801-2511 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14271564 | | Email/Text: G06041@att.com | Aug 12 2021 23:13:00 | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14244293 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 12 2021 23:20:30 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14202153 | + | Email/Text: bankruptcynotices@dcicollect.com | Aug 12 2021 23:13:00 | Diversified Consultant, 10550 Deerwood Park Blvd, Jacksonville, FL 32256-0596 |
| 14202154 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 12 2021 23:13:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14252011 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 12 2021 23:13:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14218720 | | Email/Text: camanagement@mtb.com | Aug 12 2021 23:13:00 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14202156 | | Email/Text: camanagement@mtb.com | Aug 12 2021 23:13:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 14202157 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 12 2021 23:13:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 14276327 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2021 23:20:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14202162 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 12 2021 23:20:37 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14202163 | + | Email/Text: bankruptcy@sw-credit.com | Aug 12 2021 23:13:00 | Southwest Credit Syste, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 14202165 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |

Case 16-70212-JAD    Doc 119    Filed 08/14/21    Entered 08/15/21 00:28:06    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-7 | User: dkam | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 12, 2021 | Form ID: pdf900 | Total Noticed: 22 |

| | Aug 12 2021 23:13:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC. |
| 14202159 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew F Gornall | on behalf of Creditor Lakeview Loan Servicing LLC. agornall@gornall-law.com |
| Brian Nicholas | on behalf of Creditor Lakeview Loan Servicing LLC. bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Milisa B Ruffner thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Wesley M Ruffner thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Plaintiff Milisa B Ruffner thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Plaintiff Wesley M Ruffner thedebterasers@aol.com |
| Matthew John McClelland | on behalf of Creditor Lakeview Loan Servicing LLC. bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Ronda J. Winnecour | on behalf of Trustee Ronda J. Winnecour cmecf@chapter13trusteewdpa.com |

TOTAL: 10